AO 442 (Rev. 11/11) Arrest Warrant

ORIGINAL

# UNITED STATES DISTRICT COURT

FILED 05 AUG '20 14:44USDC-ORP

for the

District of Oregon

United States of America
v.
THOMAS JOHNSON

Case No. 3:20-mj-170

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   THOMAS JOHNSON,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Assaulting a Federal Officer, in violation of Title 18, United States Code, Section 111(a)(1).

Date: July 27, 2020

*Issuing officer's signature*

City and state: Portland, Oregon

Hon. Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

DATE 7/26/2020 on a PC
ARRESTED BY FPS

U.S. MARSHAL
BY

*Arresting officer's signature*

*Printed name and title*