BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-mj-00170 |
| v. | **MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE** |
| **THOMAS JOHNSON,** | |
| **Defendant.** | |

The United States of America, by and through counsel, respectfully moves this Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for an order dismissing without prejudice the Complaint filed July 27, 2020, charging defendant with Assault on a Federal Officer.

The government seeks this dismissal in the interests of justice.

Dated: October 22, 2020　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　BILLY J. WILLIAMS
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　*s/ Parakram Singh*
　　　　　　　　　　　　　　　　　　　　　　PARAKRAM SINGH, OSB #134871
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney