UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-mj-00170 |
| v. | ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE |
| THOMAS JOHNSON, | |
| Defendant. | |

This matter, having come before the Court on the government's motion to dismiss without prejudice the Complaint, charging the defendant with violating Title 18, United States Code, Section 111(a)(1), pursuant to Rule 48(a), Federal Rules of Criminal Procedure, the Court being fully advised:

IT IS HEREBY ORDERED that the Complaint, charging the defendant with violating Title 18, United States Code, Section 111(a)(1) in the above-captioned matter is DISMISSED without prejudice.

Dated: October  22 , 2020

*Youlee Yim You*
_____
HONORABLE YOULEE YIM YOU
United States Magistrate Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney

*s/ Parakram Singh*
_____
PARAKRAM SINGH, OSB #134871
Assistant United States Attorney

Order Dismissing Complaint                                                                                          Page 1